United States District Court
Southern District of Texas
FILED

AUG 21 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA ACKERMAN, Individually § 
and d/b/a THERMO KING § 
§ CIVIL ACTION NO. B-00-124
vs. § 
§ 
THERMO KING CORPORATION, et al. § 

**DEFENDANT STEWART & STEVENSON SERVICES, INC.'S**
**DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's Order Setting Conference, Defendant Stewart & Stevenson Services, Inc. identifies the following persons and/or entities who are financially interested in the outcome of this litigation:

1. Maria Ackerman

2. <u>Thermo King Corporation</u>

3. <u>Stewart & Stevenson Services, Inc.</u>

Respectfully submitted,

_____
Joe C. Holzer
State Bar No. 09933800
Federal ID No. 4712
Attorney-in-Charge for Third-Party Defendant
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4172
Facsimile: (713) 238-7278

**OF COUNSEL:**
ANDREWS & KURTH L.L.P.
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285

569057-1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record on this ___16___ day of August, 2000:

Eddie Treviño, Jr.
Magallanes, Hinojosa & Treviño, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas 78520

Charles C. Murray
Atlas & Hall, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725

_____
Joe C. Holzer

569057-1                                2