4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA ACKERMAN INDIVIDUALLY AND D/B/A HARLINGEN THERMO KING | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-124 |
| THERMO KING CORPORATION AND STEWART & STEVENSON SERVICES, INC. | § § § § | |

## DEFENDANT THERMO KING CORPORATION'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

THERMO KING CORPORATION is aware of the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Maria Ackerman;

2. Thermo King Corporation;

3. Ingersoll-Rand Company; and

3. Stewart & Stevenson Services, Inc.

                                         Respectfully submitted,

                                         _____
                                         Charles C. Murray
                                         State Bar No. 14719700
                                         Attorney in Charge for Defendant
                                         THERMO KING CORPORATION
                                         Atlas & Hall, L.L.P.
                                         818 Pecan/P.O. Box 3725
                                         McAllen, Texas 78501/78502
                                         956/682-5501(phone)
                                         956/686-6109 (fax)

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent by certified mail, return receipt requested, postage prepaid or regular mail, on this the 24th day of August, 2000, to opposing counsel as follows:

Mr. Eddie Trevino
MAGALLANES, HINOJOSA & TREVINO, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Mr. Joe Holzer
ANDREWS & KURTH, L.L.P.
600 Travis Street, Ste 4200
Houston, Texas 77002

_____
Charles C. Murray