INTHE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA ACKERMAN, Individually and d/b/a THERMO KING | § § § | |
| vs. | § | CIVIL ACTION NO. B-00-124 |
| THERMO KING CORPORATION, et al | § § | |

PLAINTIFF MARIA ACKERMAN, Individually and d/b/a THERMO KING'S
DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's Order Setting Conference, Plaintiff Maria Ackerman, Individually and d/b/a Thermo King identifies the following persons and/or entities who are financially interested in the outcome of this litigation:

1. Maria Ackerman

2. Thermo King Corporation

3. Stewart & Stevenson Services, Inc.

Respectfully Submitted,

Eddie Treviño, Jr.
State Bar No. 20211135
Federal ID No. 14685
Attorney-in-Charge for Plaintiff
Maria Ackerman, Individually and d/b/a
Thermo King
**MAGALLANES, HINOJOSA & TREVIÑO, P.C.**
1713 Boca Chica Blvd.
Brownsville, Texas  78520
(956) 544-6571  -  Telephone
(956) 544-4290  -  Facsimile

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record on this __30th__ day of August, 2000.

  Mr. Joe C. Holzer      *Via C.M./RRR No. Z 258 906 098*
  600 Travis, Suite 4200
  Houston, Texas  77002

and

  Mr. Charles C. Murray     *Via C.M./RRR No. Z 258 906 099*
  Atlas & Hall, L.L.P.
  Professional Arts Building
  818 Pecan
  McAllen, Texas  78502-3725

             _____
             Eddie Treviño, Jr.