United States District Court
Southern District of Texas
FILED

AUG 3 1 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ACKERMAN INDIVIDUALLY | § | |
| AND D/B/A HARLINGEN THERMO KING | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-124 |
| | § | |
| THERMO KING CORPORATION | § | |
| AND STEWART & STEVENSON | § | |
| SERVICES, INC. | § | |

## SUPPLEMENTAL NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THERMO KING CORPORATION ("Thermo King"), one of the

defendants herein, and files this Supplemental Notice of Removal, and in connection

therewith would respectfully show unto the Court the following:

I.

On August 14, 2000 this defendant filed a notice of removal and referred therein to

the Affidavit of Kirk Robison. However, that affidavit was inadvertently omitted from the

notice of removal and it is attached hereto.

WHEREFORE, PREMISES CONSIDERED, THERMO KING hereby gives

supplemental notice of removal of this action to this Honorable Court.



Respectfully submitted,

_____

Charles C. Murray
Federal I.D. No. 1214
State Bar No. 14719700
Attorney in Charge for Defendant
THERMO KING CORPORATION
Atlas & Hall, L.L.P.
818 Pecan/P.O. Box 3725
McAllen, Texas 78501/78502
956/682-5501(phone)
956/686-6109 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent by certified mail, return receipt requested, postage prepaid or regular mail, on this the 31st day of August, 2000, to opposing counsel as follows:

Mr. Eddie Trevino
MAGALLANES, HINOJOSA & TREVINO, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Mr. Joe Holzer
ANDREWS & KURTH, L.L.P.
600 Travis Street, Ste 4200
Houston, Texas 77002

_____
Charles C. Murray

-2-

# DECLARATION of KIRK ROBISON

**I, KIRK ROBISON, declare under oath the following:**

(1) *My name is Kirk Robison. I am over 21 years of age and am fully able and competent to make this declaration. I am a product manager, employed by Stewart & Stevenson Services, Inc. I have personal knowledge of the facts stated herein and am authorized to make this declaration.*

(2) *I have read the allegations in Plaintiff's petition filed in Ackerman vs. Thermo King Corporation, et al, that there is a contract between Stewart & Stevenson and Plaintiff for the acquisition of her business. This allegation is not true. There is no contract between S&S and Maria Ackerman or Harlingen Thermo King Sales and Service, Inc. ("Plaintiffs").*

(3) *In January, 1998 I met with Plaintiff to discuss a potential purchase of her business. Those discussions did not proceed very far and S&S never made an offer to purchase anything from Plaintiff.*

(4) *In early 1999 S&S was contacted by Plaintiffs. In response, on February 16, 1999 S&S sent a written confidentiality agreement to Plaintiffs. Plaintiffs never signed and returned this agreement and no negotiations took place.*

(5) *S&S had no further discussions with Plaintiffs with respect to the purchase of the business.*

(6) *S&S had no discussions with Thermo King regarding the termination or expiration of any agreement between Thermo King and Plaintiffs. S&S was contacted by Thermo King after Plaintiffs were no longer Thermo King dealers and asked if S&S would like to submit a proposal to become a Thermo King dealer. S&S mailed its application to Thermo King in September, 1999.*

Signed this ___4th___ day of August, 2000.

_Kirk Robison_

**Kirk Robison**