*10*

United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

OCT 0 2 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA ACKERMAN, individually and dba HARLINGEN THERMO KING<br>plaintiff | § § § § | |
| v. | § | Civil Action No. B-00-124 |
| THERMO KING CORPORATION, and STEWART & STEVENSON SERVICES, INC.,<br>defendant | § § § § | |

### Defendants' Opposed Motion for Extension of Time to Respond to Plaintiff's Motion to Remand and for Sanctions

Defendants Thermo King Corporation ("Thermo King") and Stewart & Stevenson Services, Inc. ("Stewart & Stevenson") file this opposed motion for extension of time to respond to the plaintiff's Motion to Remand and for Sanctions, and in support thereof would show:

1. Plaintiff Maria Ackerman ("Ackerman") filed her Motion to Remand and for Sanctions on or about September 11, 2000. The defendants' responses therefore are due on or about Monday, October 2, 2000.

2. To provide support for such response, the defendants desire to take the deposition of plaintiff Ackerman. In considering a motion to remand, the court may consider evidence in addition to the pleadings. *Griggs v. State Farm Lloyds,* 181 F.3d 694, 700 (5th Cir. 1999) (Fifth Circuit "has endorsed a summary judgment-like procedure for reviewing fraudulent joinder claims"); *Burden v. General Dynamics Corp.,* 60 F.3d 213, 216 (5th Cir. 1995). In *Burden,* for example, the court examined deposition testimony to determine that the plaintiff could not make out an intentional infliction of emotional distress

claim against the non-diverse defendant. *Id.* at 218. The deposition of Ackerman will further evidence that Stewart & Stevenson was fraudulently joined.

3. The defendants have offered to schedule the deposition at the convenience of Ackerman. Although Ackerman's counsel has agreed to provide suggested dates for the deposition, no such dates have yet been provided.

4. The defendants therefore request that the deadline for their response to the plaintiff's Motion to Remand and for Sanctions be extended until fifteen days after such deposition is taken. The defendants will notify the court of the date of such deposition. Such extension is not for purposes of delay but to allow the defendants to support their position concerning removal. The initial pretrial conference in this matter is not set until December 18, 2000, and no actual delay would result from this request.

Wherefore, premises considered, the defendants request that the deadline for their response to the plaintiff's Motion to Remand and for Sanctions be extended until fifteen days after such deposition is taken. The defendants request such other and further relief to which they may be entitled, at law or in equity.

Respectfully submitted,

_____
Charles C. Murray
State Bar No. 14719700
Southern Dist. ID No. 1214
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Counsel for Defendant Thermo King Corporation, Inc.

2

_____
Joe C. Holzer
State Bar No. 09933800
Federal ID No. 4712
600 Travis, Suite 4200
Houston, Tx 77002
(713) 220-4172 (phone)
(713) 238-7278 (facsimile)

Counsel for Defendant Stewart & Stevenson Services, Inc.

3

## Certificate of Conference

Pursuant to Local Rule 6.A.4 and Federal Rule of Civil Procedure 26(c), I certify that I have conferred with the counsel for plaintiff Ackerman in this matter and that counsel cannot agree about the disposition of the motion.

_____
Charles C. Murray

## Certificate of Service

I certify that on October 2, 2000, a true and correct copy of the foregoing document was sent to all counsel of record, as follows:

| Attorney: | For: | Served by: |
| --- | --- | --- |
| Eddie Trevino, Jr.<br>J.A. Magallanes<br>MAGALLANES, HINOJOSA & TREVINO, P.C.<br>1713 Boca Chica Blvd.<br>Brownsville, Tx 78520 | Plaintiff Maria Ackerman, individually and dba Harlingen Thermo King | Certified mail, return receipt requested |
| Joe C. Holzer<br>ANDREWS & KURTH, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Tx 77002 | defendant Stewart & Stevenson Services, Inc. | regular mail |

_____
Charles C. Murray

4