UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

OCT 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA ACKERMAN | § § § |
| versus | §    CIVIL ACTION: B: 00-124 |
| | § § |
| THERMO KING CORP., et al | § |

## Order Resetting Conference

The intial pre-trial conference set for *December 18, 2000,* has been reset to:

### January 9, 2001 at 2:00 p.m.

Signed on  *October 18* , 2000 at Brownsville, Texas.

*Hilda Tagle*
Hilda G. Tagle
United States District Judge